**SEALED**

**REDACTED COPY**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

**FILED**
2015 JUN 17 PM 2:00
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DR:20-1227-01  **SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br><br>**HEDILBERTO CASAS-GONZALEZ**,<br>Aka, Buda, aka Buda, Sr., (4)<br><br>Defendants. | CRIMINAL NO: SA-05-CR-249-XR<br>**SUPERSEDING INDICTMENT**<br><br>CT 1: 21 USC § 846 to violate § 841(a)(1), Conspiracy to Distribute (methamphetamine);<br>CT 2: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii): Distribution of a Controlled Substance (methamphetamine);<br>CT 3: 21 U.S.C.§§841(a)(1) & 841(b)(1)(A)(ii): Possession with Intent to Distribute a Controlled Substance; 18 U.S.C. § 2: Aiding & Abetting](cocaine)<br>CT 4: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (Marijuana);<br>CT 5: 21:952 & 960(a)(1)-Conspiracy to Import with Intent to Distribute a Controlled Substance (Marijuana);<br>CT 6: 21: 959(a)- Unlawful Distribution of a Controlled Substance (Marijuana) Extra-territorial;<br>CT 7: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (Cocaine);<br>CT 8: 21:952 & 960(a)(1)-Conspiracy to Import with Intent to Distribute a Controlled Substance (Cocaine);<br>CT 9: 18:924(o)- Conspiracy to Possess Firearms in Furtherance of Drug Trafficking; |

THE GRAND JURY CHARGES:

## COUNT ONE
[21 U.S.C. § 846 to violate §§ 841(a)(1), 841(b)(1)(A)(ii) & 841(b)(1)(A)(viii)]

That beginning on or about November 30, 2004, and continuing on or about the date of this superseding indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



**HEDILBERTO CASAS-GONZALEZ,**
aka, Buda, aka Buda, Sr. (4)

unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to distribute and possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) and 18 U.S.C. §2]

That on or about January 23, 2005, in the Western District of Texas, the Defendants,



**HEDILBERTO CASAS-GONZALEZ,**
aka, Buda, aka Buda, Sr. (4)

2

did unlawfully, knowingly and intentionally possess with intent to distribute and aid and abet the possession with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

### COUNT THREE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(ii) and 18 U.S.C. § 2]

That on or about January 23, 2005, in the Western District of Texas, the Defendants



**HEDILBERTO CASAS-GONZALEZ,**
aka, Buda, aka Buda, Sr. (4)

unlawfully, knowingly, and intentionally possessed with intent to distribute and aided and abetted the possession with intent to distribute a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

### COUNT FOUR
[21 U.S.C. §§ 841, 846]

Beginning on or about January 1, 1990 and continuing until on or about date of this superseding indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



**HEDILBERTO CASAS-GONZALEZ,**
aka, Buda, aka Buda, Sr. (4)

unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to distribute and to possess with intent to distribute a controlled substance, which offense involved 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(vii), in violation of Title 21, United States Code, Section 846.

## COUNT FIVE
[21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963]

Beginning on or about January 1, 1990 and continuing until on or about date of this superseding indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



**HEDILBERTO CASAS-GONZALEZ,**
aka, Buda, aka Buda, Sr. (4)

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled

Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

## COUNT SIX
[21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)]

Beginning on or about January 1, 1990 and continuing until on or about date of this superseding indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



**HEDILBERTO CASAS-GONZALEZ,**
aka, Buda, aka Buda, Sr. (4)

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to distribute 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, intending and knowing that said controlled substance(s) would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 963, and 960(a)(3) and (b)(1).

5

## COUNT SEVEN
[21 U.S.C. §§ 841, 846]

Beginning on or about January 1, 1999 and continuing until on or about date of this superseding indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



**HEDILBERTO CASAS-GONZALEZ,**
aka, Buda, aka Buda, Sr. (4)

unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to distribute and to possess with intent to distribute a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(ii), in violation of Title 21, United States Code, Section 846.

## COUNT EIGHT
[21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B) & 963]

Beginning on or about January 1, 1999 and continuing until on or about date of this superseding indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



**HEDILBERTO CASAS-GONZALEZ,**
aka, Buda, aka Buda, Sr. (4)

6

unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

## COUNT NINE
[18 U.S.C. §§ 924(c)(1) and (o)]

Beginning on or about January 1, 2008, and continuing through and including the date of this Superseding indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



**HEDILBERTO CASAS-GONZALEZ,**
aka, Buda, aka Buda, Sr. (4)

unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, that is, the Defendants conspired to possess firearms in furtherance of the drug trafficking crimes charged in Counts One, Two, Three, Four, Five, Six, Seven, and Eight of this Superseding

7

indictment, re-alleged herein, contrary to Title 18, United States Code, Sections 924(c)(1) and (o).

A TRUE BILL,



FOREPERSON

RICHARD L. DURBIN
Acting United States Attorney

RUSSELL D. LEACHMAN
Assistant United States Attorney